**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gary Dean BOONE, Defendant–Appellant.**

**No. 00–7776.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 9, 2001.

Decided March 13, 2001.

Gary Dean Boone, pro se. Alfred William Walker Bethea, Assistant United States Attorney, Florence, SC; Thomas Ernest Booth, United States Department of Justice, Washington, DC, for appellee.

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Gary Dean Boone appeals the district court's order denying his motion for a new trial based upon newly discovered evidence filed under Rule 33 of the Federal Rules of Criminal Procedure. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Boone*, No. CR–97–733 (D.S.C. Nov. 29, 2000). We deny Boone's motions for appointment of counsel and for copies of a transcript and court filings at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*